# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ<br><br>      Plaintiff(s),<br><br>v.<br><br>MDR RESTAURANT HOLDINGS, LLC<br><br>      Defendant(s). | CASE NO.<br>2:21−cv−06144−DSF−PD<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before December 6, 2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: November 4, 2021                       /s/ *Dale S. Fischer*
                                                         Dale S. Fischer
                                                         United States District Judge